IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CABLE NEWS NETWORK, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:11-cv-1247 |
| | ) | |
| HAITI LIVE NETWORKS, LLC, | ) | |
| ENTERPRISE ENGINEERING, LLC, | ) | |
| and YVAN JOSEPH, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Cable News Network, Inc. ("CNN") hereby voluntarily dismisses without prejudice the Complaint and Amended Complaint filed in the above-referenced action against Defendants Haiti Live Networks, LLC, Enterprise Engineering, LLC, and Yvan Joseph ("Defendants"). Defendants have not answered or otherwise responded to the Complaint or Amended Complaint.

Each party is to bear its own costs, attorneys' fees, and expenses of litigation.

Dated: August 24, 2011

Respectfully submitted,

_____
James A. Trigg, Esq. (#716285)
Jtrigg@KilpatrickTownsend.com
Alicia Grahn Jones, Esq. (#141415)
Aljones@KilpatrickTownsend.com
Allison Scott Roach, Esq. (#072508)
Aroach@KilpatrickTownsend.com
KILPATRICK TOWNSEND &
STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| CABLE NEWS NETWORK, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:11-cv-1247 |
| | ) | |
| HAITI LIVE NETWORKS, LLC, | ) | |
| ENTERPRISE ENGINEERING, LLC, | ) | |
| and YVAN JOSEPH, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF COMPLIANCE**

I hereby certify that, on this the 24th day of August, 2011, the foregoing Notice of Voluntary Dismissal of Action Without Prejudice complies with the relevant font and point selection limitations of Local Rule 5.1C. This Notice is typed in Times New Roman (14 point) according to the word-processing system used to prepare it.

_____
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CABLE NEWS NETWORK, INC., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 1:11-cv-1247 ) |
| HAITI LIVE NETWORKS, LLC, ENTERPRISE ENGINEERING, LLC, and YVAN JOSEPH, | ) ) ) ) |
| Defendants. | ) ) |

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE has been served on counsel for Defendants via first class mail addressed as follows:

Michael Dailey, Esq.
Anderson Dailey LLP
2002 Summit Boulevard, Suite 1250
Atlanta, Georgia 30319

This 24th day of August, 2011

_____
Attorney for Plaintiff